UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:  SEALED MATTER        MISC. NO.:  1:21-mc-50372

_____/

## MOTION AND ORDER TO UNSEAL SEIZURE WARRANT AND AFFIDAVIT

THE UNITED STATES OF AMERICA respectfully requests that the seizure warrant, affidavit, and seizure warrant return in this case be unsealed because the government is no longer concerned that the availability of such information will compromise an ongoing investigation.

DAWN N. ISON
United States Attorney

s/Gjon Juncaj
GJON JUNCAJ (P63256)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-0209

Date:   February 24, 2023

**IT IS SO ORDERED.**

s/David R. Grand
HON. DAVID R. GRAND
United States Magistrate Judge

Dated: February 24, 2023